UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS A HERNANDEZ NAVA,

    Plaintiff,

  v.

DAVID JENNINGS,

    Defendant.

Case No. 18-cv-01369-DMR

**ORDER TO SHOW CAUSE**

  The court has received Petitioner Jesus Armando Hernandez Nava's emergency petition for writ of habeas corpus ad testificandum in which he seeks an order directing Immigration and Customs Enforcement Field Director David Jennings to produce Petitioner to the Sheriff of Santa Clara County for appearance on March 20, 2018 at 9:00 a.m. in the matter *People of the State of California v. Armando Hernandez*, Santa Clara County Superior Court. [Docket No. 1.] By no later than March 9, 2018, Respondent Jennings shall show cause in writing why the petition should not be granted. Petitioner shall file a reply to Respondent's response to this Order to Show Cause by no later than March 13, 2018.

  **IT IS SO ORDERED.**

Dated: March 6, 2018



Donna M. Ryu
United States Magistrate Judge